**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7173

DAUGHTON W. LACEY, JR., a/k/a Baruch Yah Hawkins,

Plaintiff - Appellant,

v.

DANIEL A. BRAXTON, Warden; STEVE HOLLAR, Assistant Warden;
TRACY LAWHORN, Treatment Program Supervisor; LIEUTENANT
PERRY; SERGEANT STICKLER, C/O; WORKMAN, C/O; GRIFFIN, C/O;
JOHN GARMAN, Regional Director; JOHN JABE, Deputy Director
of Operations; LIEUTENANT CANTERBURY; PHYLLIS BYRD, Law
Library Supervisor,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Jackson L. Kiser, Senior
District Judge. (7:10-cv-00139-JLK)

Submitted:  January 31, 2012         Decided:  February 3, 2012

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daughton W. Lacey, Jr., Appellant Pro Se.    Richard Carson
Vorhis, Senior Assistant Attorney General, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daughton W. Lacey, Jr., appeals the district court's order denying his motion for a preliminary injunction in his 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no abuse of discretion. See Cienna Corp. v. Jarrard, 203 F.3d 312, 322 (4th Cir. 2000) (providing review standard). Accordingly, we affirm for the reasons stated by the district court. Lacey v. Braxton, No. 7:10-cv-00139-JLK (W.D. Va. Aug. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED